JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GISEL DEL REAL & DONOVAN GONZALEZ, | Case No.: CV 15-9105-DMG (JPRx) |
| Plaintiffs, | ORDER RE: DISMISSAL [37] |
| vs. | |
| LEAH MARKS, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure 41(a), that the above-captioned action is dismissed, in its entirety, **_with prejudice_**, and with the parties to bear their own costs and attorneys' fees.  All scheduled dates and deadlines are VACATED.

DATED:  December 5, 2016

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE